IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NYKEIMA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:23-CV-319-C-BH |
| | ) |
| EQUIFAX, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This case is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

SIGNED this 3rd day of April, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE